```
Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA BUELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CREDIT.COM, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 4:21-cv-01055-KAW<br><br>**STIPULATION OF DISMISSAL & ORDER** |

　　　　Plaintiff Angela Buell and Defendant Credit.com, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED:  December 15, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:  */s/ Rachel E. Kaufman*
　　　　　　　　　　　　　　　　　　　　　　　　Rachel E. Kaufman
　　　　　　　　　　　　　　　　　　　　　　　　KAUFMAN P.A.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　By:  */s/ Timothy St. George*
　　　　　　　　　　　　　　　　　　　　　　　　Timothy St. George
　　　　　　　　　　　　　　　　　　　　　　　　TROUTMAN PEPPER HAMILTON SANDERS, LLP
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**ECF ATTESTATION**

I, Rachel E. Kaufman, attest that concurrence in the filing of this Stipulation of Dismissal has been obtained from the signatory, counsel for Defendant. *See* L.R. 5-1(i)(3).

Dated: December 15, 2021

By: */s/ Rachel E. Kaufman*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 20th day of December, 2021.

Honorable Kandis A. Westmore
United States District Court Judge